UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| JESSICA DAWN SCOTT, ) | |
| ) | Case Number 16-50158 |
| Debtor. ) | |
| ) | |
| JUDY A. ROBBINS, ) | |
| United States Trustee For Region Four, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding |
| ) | Case Number 16-05014 |
| ) | |
| JOHN C. MORGAN, JR., ) | |
| JOHN C. MORGAN, JR., PLLC, ) | |
| UPRIGHT LAW LLC, ) | |
| LAW SOLUTIONS CHICAGO LLC, ) | |
| JASON ROYCE ALLEN, ) | |
| KEVIN W. CHERN, ) | |
| EDMUND SCANLAN, and ) | |
| SPERRO LLC, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Judy A. Robbins, United States Trustee for Region Four (the "United States Trustee"), by counsel, moves the Court pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9037(d) to enter a protective order prohibiting remote electronic access to Exhibit 5 to the complaint [Docket Number 1-6]. In support of this motion, the United States Trustee respectfully states as follows:

## Jurisdiction and Venue

1. Jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for this objection are 11 U.S.C. §§ 105(a) and 107.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## Background

4. On June 30, 2016, the United States Trustee commenced this adversary proceeding by filing a complaint.

5. Attached to the complaint as Exhibit 5 was a DMV report. Exhibit 5 is docketed as Docket Number 1-6.

6. Exhibit 5 contains certain personally identifiable information relating to the Debtor, and public access to that information should be restricted to protect the Debtor.

7. Contemporaneous with the filing of this motion, a redacted version of Exhibit 5 is being filed with the court.

## Basis for Relief

8. The Court may issue any order necessary or appropriate to carry out the provisions of the Bankruptcy Code. 11 U.S.C. § 105(a).

9. Section 107(c)(1) of the Bankruptcy Code states:

> (1) The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
>     (A) Any means of identification (as defined in section 1028 (d) of title 18) contained in a paper filed, or to be filed, in a case under this title.
>     (B) Other information contained in a paper described in subparagraph (A).

11 U.S.C. § 107(c)(1). A Social Security Number is a "means of identification" listed in section

1028(d)(7) of title 18 of the United States Code.

10. The Debtor's Social Security Number was inadvertently disclosed on Docket Number 1-6.

WHEREFORE, the United States Trustee, by counsel, moves the Court to enter the attached proposed order prohibiting remote electronic access to docket entry number 1-6.

Date: July 6, 2016                    Respectfully submitted,

                                      United States Trustee

                                      By: /s/ W. Joel Charboneau

Office of The United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
540-857-2699
joel.charboneau@usdoj.gov
Trial Attorney for the United States Trustee

CERTIFICATE OF SERVICE

I certify that on July 6, 2016, I electronically filed the foregoing with the United States Bankruptcy Court for the Western District of Virginia which caused electronic notifications of filing to be served on all registered users of the CM/ECF System that have appeared in this case and on this same date I mailed a copy by first class mail to counsel for the Debtor at:

    Jessica Dawn Scott
    c/o John C. Morgan, Jr.
    98 Alexandria Pike, Suite 10
    Warrenton, Virginia 20186

On this same day, I mailed copies by first class mail to:

    John C. Morgan, Jr.
    98 Alexandria Pike, Suite 10
    Warrenton, Virginia 20186

    John C. Morgan, Jr.
    8626 Mountainview Avenue
    Marshall, Virginia 20115

John Carter Morgan, Jr., PLLC
c/o John C. Morgan, Registered Agent
98 Alexandria Pike, Suite 10
Warrenton, Virginia 20186

Upright Law LLC
c/o Incorp Services, Inc., Registered Agent
7288 Hanover Green Drive
Mechanicsville, VA 23111

Upright Law LLC
c/o Darren Delafield, Manager
4311 Williamson Road, N.W.
Roanoke, VA 24012

Upright Law LLC
c/o Edrie Pfeiffer, Manager
372 S. Independence Blvd., Suite 109
Virginia Beach, VA 23452

Law Solutions Chicago LLC
c/o Jason R. Allen, Registered Agent
79 W. Monroe, 5th Floor
Chicago, IL 60603

Law Solutions Chicago LLC
c/o Incorp Services, Inc., Registered Agent
7288 Hanover Green Drive
Mechanicsville, VA 23111

Law Solutions Chicago LLC
c/o Jason R. Allen, Manager
79 W. Monroe, 5th Floor, Suite 500
Chicago, Illinois 60603

Jason R. Allen
79 W. Monroe, 5th Floor
Chicago, IL 60603

Kevin W. Chern
79 W. Monroe, 5th Floor
Chicago, IL 60603

Edmund Scanlan
79 W. Monroe, 5th Floor
Chicago, IL 60603

Edmund Scanlan
2815 Harrison Street
Evanston, IL 60201

Sperro LLC
c/o Joseph F. Thoms, Registered Agent
120 E. Market Street, Suite 715
Indianapolis, IN 46204

Sperro LLC
c/o Brian Fenner, Managing Member
10923 Glenayr Drive
Camby, IN 46113

Sperro LLC
Post Office Box 163
Camby, IN 46113

/s/ W. Joel Charboneau

Office of The United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
540-857-2699
joel.charboneau@usdoj.gov
Trial Attorney for the United States Trustee

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| JESSICA DAWN SCOTT, ) | |
| ) | Case Number 16-50158 |
|     Debtor. ) | |
| ) | |
| JUDY A. ROBBINS, ) | |
| United States Trustee For Region Four, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding |
| ) | Case Number 16-05014 |
| ) | |
| JOHN C. MORGAN, JR., ) | |
| JOHN C. MORGAN, JR., PLLC, ) | |
| UPRIGHT LAW LLC, ) | |
| LAW SOLUTIONS CHICAGO LLC, ) | |
| JASON ROYCE ALLEN, ) | |
| KEVIN W. CHERN, ) | |
| EDMUND SCANLAN, and ) | |
| SPERRO LLC, ) | |
| ) | |
|     Defendants. ) | |

**ORDER RESTRICTING ACCESS TO DOCKET NUMBER 1-6**

The matter before the court is the motion filed on behalf of the United States Trustee to restrict access to Docket Number 1-6. It appearing proper to do so, it is

ORDERED

that the Clerk is directed to prohibit electronic access to Docket Number 1-6.

The Clerk is directed to send electronic notifications of the entry of this Order to all registered users of the CM/ECF System that have appeared in this case, counsel for the United

States Trustee shall serve a copy on counsel for the Debtor, and no further service shall be necessary.

ENTER:

CHIEF UNITED STATES BANKRUPTCY JUDGE

REQUESTED:
United States Trustee for Region Four
By: */s/ Joel Charboneau*
W. Joel Charboneau (VSB #68025)
Office of United States Trustee
First Campbell Square
210 First Street - Suite 505
Roanoke, Virginia 24011
(540) 857-2699
Trial Attorney for the United States Trustee